# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CARLOS HAMMONDS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> RHONDA CALLAWAY, Warden, et al., ) <br> ) <br> ) <br> Respondents. ) | Case No. 5:21-cv-00064-LSC-SGC |

## MEMORANDUM OPINION

*Pro se* petitioner Carlos Hammonds filed this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and 20 year sentence for first degree robbery. (Doc. 1). On June 17, 2021, the magistrate judge entered a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that habeas relief be denied and the petition dismissed with prejudice. (Doc. 12). Although the magistrate judge advised Hammonds of his right to file objections within 14 days, that time has expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. Further,

because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**.  *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.  A separate Final Order will be entered.

**DONE** and **ORDERED** on July 15, 2021.

_____
L. Scott Coogler
United States District Judge

160704